```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-00752-RNO
Earl K. Andrew, Jr.                                             Chapter 13
Shirlee Ann Andrew
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: JGoodling           Page 1 of 1           Date Rcvd: Jul 24, 2017
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
db            +Earl K. Andrew, Jr.,   11386 Airport Road,   Waynesboro, PA 17268-9443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Julie Gray Dorsett    on behalf of Joint Debtor Shirlee Ann Andrew dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Julie Gray Dorsett    on behalf of Debtor Earl K. Andrew, Jr. dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE | CHAPTER 13
|
Earl K. Andrew, Jr. |
Shirlee Ann Andrew |
       Debtor(s) | CASE NO. 1:15-bk-00752

## ORDER OF COURT

UPON consideration of the debtors' attorney's First Interim Application for Compensation and Reimbursement of Expenses;

IT IS ORDERED that the sum of **$ 5,330.40,** being **$ 4,935.90** for compensation for attorney fees, and **$ 394.50** for reimbursement of costs and expenses, is allowed to be paid to counsel, Julie Gray Dorsett.

The sum of $ **4,300.00** having already been paid, **$ 4,000**.00 through the Office of the Standing Chapter 13 Trustee pursuant to the presumptively reasonable fee disclosure, and **$ 300.00** from the Debtors directly, the remainder of **$ 1,030.40** shall be paid through the plan to counsel, Julie Gray Dorsett, in addition to previously scheduled fees, as administrative expenses of the debtors' estate through the Office of the Standing Chapter 13 Trustee.

By the Court,

*[signature]*
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: July 24, 2017