UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE | CHAPTER 13

Earl K. Andrew, Jr.
Shirlee Ann Andrew
        Debtor(s) | CASE NO. 1:15-bk-00752

NOTICE OF ELECTION TO CONVERT CASE TO CHAPTER 7

Earl K. Andrew, Jr., and Shirlee Ann Andrew, debtors in the above-titled case, give notice that they hereby convert this case from one under Chapter 13 of the Bankruptcy Code to one under Chapter 7 of the Bankruptcy Code pursuant to U.S.C. §1307(a) and Bankruptcy Rule 1017(d).

Date: 11/1/2018        _____
                                                    Earl K. Andrew, Jr.

Date: 11-1-2018        _____
                                                    Shirlee Ann Andrew

Case 1:15-bk-00752-HWV    Doc 37    Filed 11/06/18    Entered 11/06/18 15:06:38    Desc
Main Document    Page 1 of 1